**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17–25931 – NVA**   Chapter: **7**   Doc No.: **16 & 18**

**EUGENIA MAUDE STARGHILL**
Debtor

**WELLS FARGO BANK, N.A. AS SUCCESSOR
BY MERGER TO WACHOVIA BANK, N.A.**
Movant(s)

vs.

**EUGENIA MAUDE STARGHILL**
Respondent(s)

## ORDER GRANTING RELIEF FROM STAY

In this case a discharge has been granted to the debtor(s). A remaining undetermined matter is this motion for relief from automatic stay. The entry of the discharge terminated the automatic stay as to an in personam action against the debtor(s). 11 U.S.C. § 362(c)(2)(C). The discharge injunction of 11 U.S.C. § 524(a)(2) now permanently bars in personam actions against the debtor(s) for discharged debts.

It is, therefore by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated as to Movant(s)' right to execute upon all liens that have not been avoided.

cc:   Debtor
      Attorney for Debtor – Reuben Ernest Lawson Jr.
      Case Trustee – George W. Liebmann
      U.S. Trustee
      All Counsel

**End of Order**

37x01 (rev. 09/24/2002) – dconstable