**SO ORDERED**

NO TIMELY OPPOSITION FILED.



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>EUGENIA MAUDE STARGHILL<br>    Debtor | BCN#: 17-25931<br><br>Chapter: 13 |

WELLS FARGO BANK, N.A.
and its assignees and/or
successors in interest,
    Movant/Secured Creditor,
v.
EUGENIA MAUDE STARGHILL
    Debtor
and
Kim Staghill Skaka
    Codebtor
    Respondents

ORDER GRANTING WELLS FARGO BANK, N.A.
RELIEF FROM AUTOMATIC STAYS AS
TO REAL PROPERTY COMMONLY
KNOWN AS
2113 CHELSEA TER, BALTIMORE, MD 21216

    THE COURT having considered the Motion of WELLS FARGO BANK, N.A. for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), as well as from the Co-Debtor Stay of 11 U.S.C. §1301 (a), the lack of opposition thereto, and the record herein;

    And it appearing to the Court that the Secured Creditor is entitled to relief from the effect of the automatic stay of 11 U.S.C. § 362(a), pursuant to sub-section (d) thereof, as well as from the Co-Debtor stay of 11 U.S.C. § 1301 (a),

    IT IS ORDERED that the automatic stays in the above-entitled bankruptcy proceeding be, and they hereby are, immediately lifted to Wells Fargo Bank, N.A., its assignees and/or successors in interest, so as to allow them to proceed to a foreclosure sale of the subject property commonly known as 2113 Chelsea Ter, Baltimore, MD 21216 and more particularly described in the Deed of Trust dated April 24,

2007 and recorded at Liber 9614 at Folio 382, among the land records of the City of Baltimore. Subsequent to such sale, the Secured Creditor may take all lawful actions in accordance with state law, to take possession of the property and pursuant to Local Bankruptcy Rule 4001-3 shall provide a copy of the Report of Sale and all Audits Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder;

IT IS FURTHER ORDERED that the Movant may at its option, offer, provide and enter into any potential forbearance agreement, loan modification, short sale, or other loan workout/loss mitigation agreement;

IT IS FURTHER ORDERED that the creditor may stop filing and serving Notices of Payment Change and/or Notices of Post-Petition fees, Expenses and Charges as required under Federal Bankruptcy Rule 3002.1(b) and 3002.1(c) respectively, upon entry of said Order.

I ask for this:

/s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Counsel for Movant
LAW OFFICES OF SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800 / ECF@Logs.com /18-273555

Copies to be sent to:

Reuben Ernest Lawson, Jr
Law Offices of Reuben E. Lawson
2317 N. Charles Street
2nd Floor
Baltimore, MD 21218

Robert S Thomas, II
300 E. Joppa Road
Suite 409
Towson, MD 21286

EUGENIA MAUDE STARGHILL
5325 Bosworth Ave
Gwynn Oak, MD 21207

Kim Staghill Skaka
2113 Chelsea Ter
Baltimore, MD 21216

Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800


18-273555

**END OF ORDER**