**DENIED**

THE DEBTOR MAY NOT BIFURCATE THE LIEN SECURING HER PRINCIPAL RESIDENCE INTO A SECURED AND UNSECURED COMPONENT AND STRIP OFF THE UNSECURED COMPONENT. SEE NOBELMAN V. AMERICAN SAVINGS BANK, 508 U.S. 324 (1993). SEE ALSO JOHNSON V. ASSET MANAGEMENT GROUP, LLC, 226 B.R. 364 (D. Md. 1998).



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| **EUGENIA MAUDE STARGHILL** | * | Case No. 17-25931 |
| Debtor | * | |
| * * * * * * * * | * | Chapter 13 |
| **EUGENIA MAUDE STARGHILL** | * | |
| Movant | * | |
| vs. | * | |
| **WELLS FARGO HOME MORTGAGE** | * | |
| Respondent | * | |
| * * * * * * * * * * * * * | | |

### ORDER AVOIDING SECURITY LIEN

Debtor's Motion To Avoid Wells Fargo's Security Lien having been considered and come for hearing before this Court, both parties present and represented by counsel, and testimony heard and considered, it is by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that Wells Fargo's Home Mortgage Security Lien be avoided.

cc: Reuben E. Lawson, Esq.  
    3301 Liberty Heights Avenue  
    Baltimore, Md 21215

    Wells Fargo Bank, N.A.  
    Alba Law Group, P.A.  
    11350 McCormick Road  
    Executive Plaza III, Suite 200  
    Hunt Valley, Md 21031

**End Of Order**