Entered: May 14th, 2019
Signed: May 14th, 2019

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:                                    *
                                          *
EUGENIA MAUDE STARGHILL    *          Case No. 17-25931-NVA
                                          *
                                          *          (Chapter 13)
                                          *
Debtor                              *
                                          *

ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the plan of the Debtor filed March 29, 2019 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee, the lump sum of $4,889.81 for months 1 through 11 and then, on or before the 28th day of each month the sum of $700.00 for 49 months for a total term of 60 months; and it is further

**ORDERED,** that, while this case is pending, the Debtor is directed to provide to the Trustee a copy of each Federal and State income tax return, and any amendment, at the time the returns are filed with the Internal Revenue Service and the applicable State agency; and it is further

**ORDERED,** that, in addition to the monthly payments designated above, the Debtor shall remit to the Trustee tax refunds in the amounts and within the times specified in the plan.

224.224.ConfOdr-TaxRefs-StepTaxRefs-Step

\*          \*          \*          \*

TRUSTEE RECOMMENDATION:

The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/  *Robert S. Thomas, II*
Robert S. Thomas, II, Chapter 13 Trustee


cc:      All Creditors, Debtor, Counsel to Debtor, Trustee


**END OF ORDER**