# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** EUGENIA MAUDE STARGHILL
5325 BOSWORTH AVENUE
GWYNN OAK, MD 21207

Case No: 17-25931-NVA
Judge: Nancy V. Alquist
Date: 5/21/2019

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | VERIZON / by AMERICAN INFOSOURCE LP as agent<br>4515 N SANTA FE AVENUE / OKLAHOMA CITY, OK 73118<br>Acct: 0804<br>Comment: | 167.54 | Unsecured |
| 002 | AMERICAN EXPRESS / C/O BECKET & LEE LLP<br>P O BOX 3001 / MALVERN, PA 19355-0701<br>Acct: 3008<br>Comment: | 1,972.78 | Unsecured |
| 003 | WELLS FARGO BANK NA / PO BOX 10438, MAC F8235-02F<br>DES MOINES, IA 50306-0438<br>Acct: 5127<br>Comment: | 3,845.60 | Unsecured |
| 004 | UPSTART NETWORK TRUST / 2 CIRCLE STAR WAY 2ND FLOOR<br>SAN CARLOS, CA 94070<br>Acct: 5425<br>Comment: | 5,687.75 | Unsecured |
| 005 | LENDING CLUB CORP / 71 STEVENSON STREET #300<br>SAN FRANCISCO, CA 94105<br>Acct: 9464<br>Comment: | 18,600.26 | Unsecured |
| 006 | WELLS FARGO BANK NA / DEFAULT DOCUMENT PROCESSING<br>1000 BLUE GENTIAN ROAD N9286-01Y / EAGAN, MN 55121<br>Acct: 0755<br>Comment: | 15,039.98 | Secured |
| 007 | WELLS FARGO BANK NA / DEFAULT DOCUMENT PROCESSING<br>1000 BLUE GENTIAN ROAD N9286-01Y / EAGAN, MN 55121<br>Acct: 0771<br>Comment: | 4,914.15 | Secured |
| 008 | UPSTART NETWORK TRUST / 2 CIRCLE STAR WAY 2ND FLOOR<br>SAN CARLOS, CA 94070<br>Acct: 5563<br>Comment: DUPLICATE OF COURT #4 | None | Unsecured |
| 009 | SYNCHRONY BANK / PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021 / NORFOLK, VA 23541<br>Acct: 0720<br>Comment: | 1,230.43 | Unsecured |
| 010 | QUANTUM3 GROUP LLC / COMENITY BANK<br>P O BOX 788 / KIRKLAND, WA 98083-0788<br>Acct: 7223<br>Comment: | 5,491.52 | Unsecured |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** EUGENIA MAUDE STARGHILL
5325 BOSWORTH AVENUE
GWYNN OAK, MD 21207

Case No: 17-25931-NVA
Judge: Nancy V. Alquist
Date: 5/21/2019

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 011 | PYOD LLC / RESURGENT CAPITAL SERVICES<br>P O BOX 19008 / GREENVILLE, SC 29602<br>Acct: 1694<br>Comment: | 1,522.13 | Unsecured |
| 012 | WELLS FARGO BANK NA / DEFAULT DOCUMENT PROCESSING<br>1000 BLUE GENTIAN ROAD  N9286-01Y / EAGAN, MN 55121<br>Acct: 4484<br>Comment: SURRENDER PER PLAN | 31,525.49 | DirectPay |
| 013 | MAYOR & CITY COUNCIL OF BALTIMORE / 200 HOLLIDAY ST - RM<br>BALTIMORE, MD 21202<br>Acct:<br>Comment: | 2,957.43<br>12.0000% From 11/29/2017 | Secured |
| 014 | ONEMAIN / P.O. BOX 1010<br>EVANSVILLE, IN 47706<br>Acct: 2251<br>Comment: | None<br>.00 | Not Filed |
| | Total | 61,429.57 | |
| | REUBEN ERNEST LAWSON JR.<br>3301 LIBERTY HEIGHTS AVENUE<br>BALTIMORE, MD 21215 | .00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 05/21/2019 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee